IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA E. WESTON-HILL                                                    PLAINTIFF

V.                                              No. 14-5010

ANTHONY MURPHY, Agent of the
Arkansas Fourth Judicial Drug
Tas Force                                                                DEFENDANT

## O R D E R

On this 19th day of May, 2014, there comes on for consideration the Report and Recommendation (Doc.7) filed in this case on April 16, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge